UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL TROFATTER,

    Plaintiff,

v.

KRISTINA KIRY et al.,

    Defendants.

    /

Case No. 1:09-cv-898

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE because it seeks monetary relief from persons immune from that relief, pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   December 17, 2009        /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      Chief United States District Judge